IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DORIAN T. CALLOWAY,

      Appellant,

v.

Case No.  5D21-1971
LT Case No. 2012-CF-2449-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 16, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Marlene M. Alva, Judge.

Dorian Calloway, Century, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L.
Davenport, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.